JULIA E. COOK, Respondent, *v.* THE PEOPLES MILK COMPANY, Appellant.

Reported below, 175 App. Div. 966.

(Submitted November 25, 1918; decided December 3, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 14, 1916, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that appellant had failed to file and serve briefs as required by rule 7.

*Ralph S. Kent* for motion.

*Walter Jeffreys Carlin* opposed.

Motion denied, without costs.